

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

IN RE:

Jeffrey & Jill Johnson          CASE NO: 02-10689

APPLICATION FOR PAYMENT FROM UNCLAIMED FUNDS

Comes now Dilks & Knopik, LLC, Applicant and Attorney-in-Fact for Resurgent Capital Services, LP, Claimant, to make this application for an Order authorizing payment of unclaimed funds now on deposit in the Registry of the Court in the Western District of Louisiana.

The Claimant's name, current address, phone number & Social Security/Tax Identification Number are as follows:

> Resurgent Capital Services, LP
> Richard Rogers  Bankruptcy-Legal Services Coordinator
> 15 South Main Street
> Greenville, SC 29601
> 864-248-5028
> Last four digits of SSN/TIN:  9845

A dividend in the amount of $1,518.73 was awarded to Direct Merchants Bank, the Claimant(s) in the above captioned bankruptcy case. This dividend was not delivered to Claimant(s) due to the following reason:
Sherman Financial Group, LLC ("SFG") purchased the debtors account from Metris Companies, Inc (owner of Direct Merchants ["DMB"] accounts) and subsequently transferred the rights to LVNV Funding, LLC, as evidenced by Exhibit A. Resurgent Capital Services, LP is owned by Sherman Financial Group, LLC as evidenced by Exhibit B. Resurgent Capital Services LP is the collection arm of Sherman Financial Group, LLC and is authorized to collect behalf of its parent company, Sherman Financial Group, LLC as evidenced by Exhibits C & D. LVNV Funding, LLC has hired and authorized Resurgent Capital Services, LP to service accounts on its behalf, as evidenced by Exhibit E. Resurgent Capital Services, LP has provided an Affidavit in Support of Application for Payment of Unclaimed Funds regarding its ownership of the debtor's account previously owed by Direct Merchants. A review of Resurgent Capital Services, LP internal system by Richard Rogers, Bankruptcy-Legal Services Coordinator, matched the debtors account number and social security number to Resurgent Capital Services, LP, which currently holds the rights to collect on this amount. This internal report is listed as Exhibit A of this Application.

The Trustee delivered the unclaimed funds to the Clerk of Court pursuant to 11 U.S.C. 347.

Applicant certifies under penalty of perjury that all statements made by Applicant on this application are, to the best of Applicant's knowledge, true and correct. Accordingly, Applicant requests the Court to enter an Order authorizing payment to Claimant c/o Dilks & Knopik, LLC at PO Box 2728, Issaquah, WA 98027.

Applicant further certifies that a copy of this application has been mailed to the US Attorney, 300 Fannin St., Suite 3201, Shreveport, LA 71101.

Date: 1/30/2008

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
PO Box 2728, Issaquah, WA 98027
(425) 836-5728     TIN: 74-3049851

Sworn and subscribed to, before me
this ___30___ day of __January__, 2008
_____
Caryn M. Dilks, Notary Public
for State of Washington, County of King
Commission Expires: July 29, 2010

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

RE: Jeffrey & Jill Johnson

Debtor(s)

Case: 02-10689

**AUTHORITY TO ACT**
**Limited Power of Attorney**
**Limited to one Transaction**

### USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFRENCED CASE

1. **Resurgent Capital Services, LP** with a tax identification number of **76-0609845**, ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$1,518.73 of $1,715.58** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall be come effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_____
Richard Rogers - Bankruptcy-Legal Services Coordinator

November 29, 2007
Date

| Staple Signatory's Business Card Here | Affix Corporate Seal Below<br>Or if Corporate Seal Unavailable Sign Affidavit Below: |
|---|---|
| | *AFFIDAVIT IF CORPORATE SEAL IS UNAVAILABLE*<br>*BE IT ACKNOWLEDGED, that the undersigned hereby says under oath that the corporate seal for Resurgent Capital Services, LP is presently unavailable to the undersigned.*<br>BY: _____<br>Richard Rogers - Bankruptcy-Legal Services Coordinator |

### ACKNOWLEDGMENT

STATE OF _____ )

COUNTY OF Greenville )

On this ___ day of November, 2007, before me, the undersigned Notary Public in and for the said County and State, personally appeared <u>Richard Rogers</u> known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned. WITNESS my hand and official seal.

NOTARY PUBLIC _____

Residing at _____

My Commission expires _____

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RE: | ) | Case: 02-10689 |
| | ) | |
| Jeffrey & JIll Johnson | ) | **AFFIDAVIT IN SUPPORT OF** |
| | ) | **APPLICATION FOR PAYMENT** |
| Debtor(s) | ) | **OF UNCLAIMED FUNDS** |

I, Richard Rogers, Bankruptcy-Legal Services Coordinator of Resurgent Capital Services, LP under the penalty of perjury under the laws of the United States of America declare (or certify, verify or state) that the following statements and information are true and correct to the best of my knowledge and belief:

DEBTOR: Jeffrey & JIll Johnson
ORIGINAL CREDITOR: Direct Merchants Bank
ACCOUNT NUMBER: 5458001803239817

1. I request an order releasing the total amount of $1,518.73 of $1,715.58, which is the sum of all monies deposited with the court in the name of Direct Merchants Bank now currently owed to Resurgent Capital Services, LP.

2. Resurgent Capital Services, LP purchased the above referenced account.

3. Resurgent Capital Services, LP is the current and rightful owner of the above referenced account and this claim has not since been sold or assigned, and that it is still the property of Resurgent Capital Services, LP.

Dated 11-29-07  By: _____
Richard Rogers, Bankruptcy-Legal Services Coordinator

STATE OF South Carolina, COUNTY OF Greenville

On November 29, 2007 before me, personally appeared (insert name of the signer) Richard Rogers personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my had and official seal.

(SEAL)

_____
Notary Public

My commission expires on _____






I Richard Rogers, Bankruptcy Legal Service Coordinator of Resurgent Capital Services, currently do not have a business card. In lieu of this, I have provided a copy of my driver's license and Resurgent Capital Services employee identification card.

The above copies of South Carolina Drivers license and Resurgent Capital Services employee identification card in the name of Richard Rogers are true and exact copies of the originals.

_Richard Rogers_
Richard Rogers
Bankruptcy Legal Service Coordinator- Resurgent Capital Services

State of South Carolina
County of Greenville

On November 15, 2007, before me Heather Harr Bishop, personally appeared Richard Rogers, personally known to me as the person whose name is subscribed above.

_Heather Harr Bishop_
Notary Public
My Commission expires 12/06/2016

*15 South Main Street, Suite 600 / Greenville, South Carolina 29601 / Telephone 864-678-8318 / Fax 864-678-8790*



FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT<br>WESTERN DISTRICT OF LOUISIANA | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>Jeffrey Alan Johnson and Jill Wheeler Johnson | Case Number<br>02-10689 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>**Direct Merchants Bank** | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and Address where notices should be sent:<br><br>Direct Merchants Bank<br>Payment Center<br>POB 4154<br>Carol Stream, IL 60197-4154<br><br>Telephone Number: | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | 123456<br><br><br><br><br><br>THIS SPACE IS FOR COURT USE ONLY |
| Last four digits of account or other number by which creditor identifies debtor: **9817** | Check here if ☐ replaces<br>this claim ☐ amends a previously filed claim, dated:_____ | |

**1. Basis for Claim**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS your #: _____
Unpaid compensation for services performed
from _____ to _____
(date)       (date)

**2. Date debt was incurred:**

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $ 8,270.14
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim**

☐ Check this box if you have an unsecured priority claim, all or part of which is entitled to priority

Amount entitled to priority $_____

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(5).

**Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other_____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

☐ Up to $ 2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $ 8,270.14 _____ _____ 8,270.14
                              (unsecured)   (secured)   (priority)   (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** Please enclose a stamped, self-addressed envelope so that your proof of claim may be returned to you upon filing. Claims may be filed electronically. For additional information on electronic filing visit our website at www.lawb.uscourts.gov

THIS SPACE IS FOR COURT USE ONLY

| Date<br>03/16/2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>John C. Conine, Trustee (filed pursuant to Section 501(c) and Bankruptcy Rule 30 | |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

IN RE:                                                       CASE NO. 02-10689
JEFFREY ALAN JOHNSON
JILL WHEELER JOHNSON
      DEBTORS

## ITEMIZED STATEMENT OF ACCOUNT

Name of Creditor:     Direct Merchants Bank

Account No.          5458-0018-0323-9817

Amount Owed:        $8,270.14

*Note:*   *This Proof of Claim was filed by the trustee pursuant to 11 U.S.C. Section 501(c) and Bankruptcy Rule 3004. Trustee relied upon Schedule F of the Debtors' Schedule of Liabilities and Debtors' verification of same.*



## Account Detail

| Acct ID: 58191315 | Portfolio ID: 2161 | Account Status: BK - Potential |
|---|---|---|
| Acct Number: 5458001803239817 | | Collection Status: BAN |

## Account Balance

| Principal Balance: 9019.12 | Cost Balance: 0.00 |
|---|---|
| Atty Balance: 0.00 | Total Current Balance: 9019.12 |
| | |

## Collection Effort

| Last Letter Date: | Last Call Date: | Last Skip Date: |
|---|---|---|

## GLB

This account has not been opted out.

## Cubs Data

No CUBS data exists.

## Additional Account Data

| Last Pmt Date: | Current Owner: LVNV Funding LLC | Last Purchase Date: |
|---|---|---|
| Last Pmt Amt: 0.00 | | Last Purchase Amt: |
| Last NSF Amt: | | |
| Last NSF Date: | | |
| Chg Off Date: | Purchase Date: 9/30/2002 | Funding Date: 6/1/2005 |
| Chg Off Balance: | | Funding Source: Ineligible |
| Orig Placement Balance: 9019.12 | | Misc Data 1: |
| Putback Deadline: | | Misc Data 2: LA03 Western, Louisiana 3182265267 |
| Origination Date: | Product Source: Metris | Misc Data 3: |
| Sold To SFG By: Metris | Original Merchant: | Misc Data 4: |
| CCA Number: | CCA Proposed Pmt: | CCA Accepted Pmt: |
| CCA Start Balance: | CCA Phone: | |



*15 South Main Street, Suite 600 / Greenville, South Carolina 29601 / Telephone 864-678-8318 / Fax 864-678-8790*





**RESURGENT**
*Capital Services*

3817 S. Elmwood Ave
Sioux Falls, SD 57105-6565

October 12, 2006          Faxed to: (425) 650-9930

W. Russ Dilks
Dilks & Knopik LLC
28431 SE Preston Way
P.O. Box 2728
Issaquah, WA 98027

                      Re:    Sherman Financial Group, LLC Affiliates
                              Sherman Acquisition LP
                              Resurgent Capital Services L.P.

Dear Mr. Dilks:

       This is to confirm that both Resurgent Capital Service L.P. Sherman Acquisition LP are part of the Sherman Financial Group, LLC, family of companies.

       Resurgent Capital Services L.P. is 99% owned by Sherman Financial Group, LLC, and 1% owned by its general partner, which in turn, is owned by Sherman Financial Group, LLC.

       Sherman Acquisition LP is 99% owned by Sherman Originator, LLC, and 1% owned by its general partner, both of which are 100% owned by Sherman Financial Group, LLC.

       If you need anything else, please contact me.

Sincerely,

*Wayne J Fanebust*

Wayne L. Fanebust
VP and Associate General Counsel

Ph: 605-275-7005 – Fax 605-275-7100 – Email: wfanebust@resurgent.com

Exhibit B

Exhibit C

**Sherman Acquisition LP**
**200 Meeting Street, Suite 206**
**Charleston, SC 29401**

January 19, 2007

W. Russ Dilks
Dilks & Knopik LLC
28431 SE Preston Way
P.O. Box 2728
Issaquah, WA 98027

                Re:    Sherman Acquisition LP
                       Resurgent Capital Services L.P.

Dear Mr. Dilks:

    This is to confirm that Resurgent Capital Services L.P. is authorized to service accounts owned by Sherman Acquisition LP, including the filing of claims and motions in bankruptcy court.

    If you have any questions or need anything else, please contact the undersigned.

Sincerely,

Kevin Branigan
Vice President

Exhibit C

# CORPORATE STRUCTURE

```
┌─────────────────┐   ┌─────────────────┐   ┌─────────────────┐
│     Parent      │   │     Parent      │   │        S        │
│ (Highly Rated   │   │ (Highly Rated   │   │   Management    │
│ Insurance Company)│ │ Insurance Company)│ │                 │
└────────┬────────┘   └────────┬────────┘   └────────┬────────┘
         │                     │                     │
         ▼                     ▼                     ▼
┌───────────────────────────────────────────────────────────────┐
│           S  SHERMAN FINANCIAL GROUP LLC                      │
└────────┬──────────────────────┬──────────────────────┬────────┘
         ▼                      ▼                      ▼
┌─────────────────┐   ┌─────────────────┐   ┌─────────────────┐
│       A         │   │       A         │   │    RESURGENT    │
│  ALLEGIS GROUP LP│  │ ALLEGIS GROUP LP│   │     Capital     │
│   Subsidiary    │   │   Subsidiary    │   │   Subsidiary    │
│ Unsecured Recovery│ │ Mortgage Recovery│  │Bankruptcy Recovery│
│    Division     │   │    Division     │   │   Operation     │
└─────────────────┘   └─────────────────┘   └─────────────────┘
```



## Company Overview

LVNV Funding purchases portfolios of both domestic (U.S.) and international consumer debt from credit grantors including banks, finance companies, and other debt buyers. As the new owner of any debt purchased from the original creditor or from another debt buyer, LVNV Funding's name may appear on a customer's credit bureau, or in a letter from a collection agency if the account is delinquent.

All capital markets and business development activities are handled internally, while the management of purchased assets is outsourced to a third-party specializing in the management of these types of consumer assets, Resurgent Capital Services LP (Resurgent). Resurgent is a manager and servicer of domestic and international consumer debt portfolios for credit grantors and debt buyers, and has been hired by LVNV Funding to perform these services on its behalf. Resurgent, a licensed debt collector, may perform these activities directly, or in many cases, will outsource the recovery activities to other specialized, licensed collection agencies. If you are a customer, please direct your inquiries to the firm currently working your account.

LVNV Funding is committed to maintaining the highest integrity in all of its activities, and to ensuring its customers are treated fairly and with respect.

If you are a customer and would like to speak to a representative of LVNV Funding about your account, please contact the Customer Service Department of Resurgent Capital Services LP (www.resurgent.com) at 888-665-0374.

© Copyright 2005 LVNV Funding LLC. All Rights Reserved.

Exhibit E
Page 1 of 1